Claudia V. Underwood, Appellant, v. Charles F. Coates,
Appellee.

Gen. No. 9,406.

opinion filed August 3, 1939. O'Harra, O'Harra & Roeth and
Scofield & Bell, for appellant; Hunter, Kavanagh & McLaughlin, for ap-
pellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."